UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

     Plaintiff,

                                        Case No. 2:20-cv-213

v.

                                        Hon. Hala Y. Jarbou

UNKNOWN FLRUEY,

     Defendant.

_____/

## **ORDER**

On July 11, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court deny Defendant's motion for summary judgment (ECF No. 32). (ECF No. 37.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on July 25, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 37) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 32) is **DENIED**.

Dated: August 15, 2022

                                      /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE